**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                                           Case No. 18−30872
                                                                                                    Chapter 13
Phillip D. Williams,

     Debtor.

### NOTICE

Notice of Submission Error requiring refiling. Missing case number Please file a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)10 Chapter 13 Plan). Corrected filing due by 4/4/2018. (DR)

Dated March 28, 2018

Juan−Carlos Guerrero
Clerk of Court